UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David R. Carlson,

      Petitioner,

v.                                             Civil No. 17-2144 (JNE/KMM)
                                               ORDER

Tom Roy, Commissioner,

      Respondent.

Petitioner filed a petition under 28 U.S.C. § 2254 (2012).  Respondent moved to dismiss the petition.  In a Report and Recommendation ("R&R") dated January 16, 2018, the Honorable Katherine Menendez, United States Magistrate Judge, recommended that Petitioner's § 2254 petition be dismissed with prejudice as time-barred and that a certificate of appealability be denied.  Petitioner filed objections and Respondent filed a response.  Based on a de novo review of those portions of the R&R to which Petitioner objected, the Court accepts the conclusions of the R&R.  *See* Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2.  Therefore, IT IS ORDERED THAT:

    1. Respondent's motion to dismiss [ECF No. 10] is GRANTED.

    2. This action [ECF No.1] is DISMISSED WITH PREJUDICE.

    3. A certificate of appealability is DENIED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 28, 2018

                                                                                          s/ Joan N. Ericksen
                                                                                          JOAN N. ERICKSEN
                                                                                          United States District Judge